**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

JAMES BLAYLOCK,

    Plaintiff,

v.                                                                          CASE NO: 22-CV-10049

ROBERT COOPER, ET AL.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

    This matter was referred to United States Magistrate Jonathan J.C. Gray pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his report filed on February 27, 2023, the magistrate judge recommended that this court grant in part and deny in part, Defendants' Motion to Dismiss (ECF No. 18).
No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

    The Court ADOPTS the Report and Recommendation for purposes of this Order.

    Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, (ECF No. 18) Motion to Dismiss is **GRANTED** as to the St. Louis Correctional Facility Health Care Unit and **GRANTED IN PART and DENIED IN PART** as to Defendant Dr. Cooper.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

2

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: March 14, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 14, 2023, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (810) 292-6522